UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LAW OFFICES OF LEE M. PERLMAN
Lee M. Perlman, Esquire
Attorneys for Debtor
1926 Greentree Road, Suite 100
Cherry Hill, NJ  08003
856-751-4224

In Re:
Angel M. Jamison

| | |
|---|---|
| Case No.: | 25-21982 JNP |
| Chapter: | 13 |
| Hearing Date: | 05/06/2026 |
| Judge: | Poslusny |

## CERTIFICATION IN OPPOSITION TO DISMISSAL

Lee M. Perlman, counsel for the debtor in the captioned Chapter 13 bankruptcy case, being of full age, hereby certifies as follows:

1. I am an attorney at law in the State of New Jersey.  I have personal knowledge of the facts contained herein.

2. The Chapter 13 petition was filed on 7/31/2025.

3. Confirmation of the Chapter 13 plan was delayed due to estimated claims filed by the IRS and the State of New Jersey.

4. On 03/19/2026, the court entered a Final Adjournment Order allowing time for the estimated claim issue to be resolved.

5. The IRS amended their claim on 03/24/2026 (claim #4).

6. The State of New Jersey amended their claim on 4/1/2026 (claim #25).

7. The requirements of the Final Adjournment Order have been met, and the case should be permitted to proceed to confirmation.

I certify that the foregoing statements made by me are true and correct to the best of my knowledge, information, and belief.  I am aware that if any of the statements contained herein are willfully false, I am subject to punishment.

\_04/29/2026\_\_                                                            \_/s/Lee M. Perlman _____
  Date                                                                         Lee M. Perlman, Esquire
                                                                                   Law Offices of Lee M. Perlman