Form plncf13 − ntccnfpln13v27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  25−21982−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Angel M. Jamison
   aka Angel Mae Jamison
   247 Chinkapin Avenue
   Williamstown, NJ 08094

Social Security No.:
   xxx−xx−6807

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on May 7, 2026.

Dated: May 7, 2026
JAN: cmf

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:

Angel M. Jamison
    Debtor

Case No. 25-21982-JNP

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1            User: admin            Page 1 of 4

Date Rcvd: May 07, 2026            Form ID: plncf13            Total Noticed: 42

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Angel M. Jamison, 247 Chinkapin Avenue, Williamstown, NJ 08094-8522 |
| 520878517 | + | Cbna, Attn: Bankruptcy, P.O.Box 509, Canton, NY 13617-0509 |
| 520907872 | ++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229 address filed with court:, U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 520878536 | + | Us Bk Cacs, Attn: Bankruptcy, Po Box 5229, Cincinnati, OH 45201-5229 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 07 2026 21:36:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 07 2026 21:36:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520926136 | | Email/PDF: bncnotices@becket-lee.com | May 07 2026 21:37:52 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520878509 | + | Email/PDF: bncnotices@becket-lee.com | May 07 2026 21:37:29 | American Express Travel Related Services, Attn: Bankruptcy, Po Box 981537, El Paso, TX 79998-1537 |
| 520878510 | + | Email/PDF: bncnotices@becket-lee.com | May 07 2026 21:37:29 | Amex, Correspondence/Bankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 520889833 | + | Email/Text: ecfbnc@aldridgepite.com | May 07 2026 21:35:00 | Asaph Abrams, ALDRIDGE PITE, LLP, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 520878512 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | May 07 2026 21:34:00 | Bank of America, Attn: Bankruptcy, P.O.Box 15019, Wilmington, DE 19886 |
| 520940806 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | May 07 2026 21:34:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 520878513 | + | Email/Text: BarclaysBankDelaware@tsico.com | May 07 2026 21:35:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 520878515 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 07 2026 21:37:54 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520878518 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 07 2026 21:37:46 | Citibank, Attn: Bankruptcy Department, P.O.Box 790046, St. Louis, MO 63179-0046 |
| 520945413 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 07 2026 21:37:59 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520878519 | + | Email/Text: legal-dept@cooperhealth.edu | May 07 2026 21:36:00 | Cooper Health System, PO Box 6018, Bellmawr, NJ 08099-6018 |
| 520878520 | + | Email/PDF: creditonebknotifications@resurgent.com | | |

| | | May 07 2026 21:37:56 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 520878522 | Email/Text: mrdiscen@discover.com | May 07 2026 21:34:00 | Discover Financial, Attn: Bankruptcy, Po Box 30943, Salt Lake City, UT 84130 |
| 520878523 | + Email/Text: ELDABBASM@FREEDOMCU.ORG | May 07 2026 21:35:00 | Freedom Credit Union, Attn: Bankruptcy Dept, 626 Jacksonville Road, Suite 250, Warminster, PA 18974-4862 |
| 520878525 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | May 07 2026 21:35:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 520927164 | + Email/Text: gbechakas@outlook.com | May 07 2026 21:35:00 | Intercoastal Financial Llc, 7954 Transit Rd #136X, Williamsville, NY 14221-4117 |
| 520878526 | Email/Text: sbse.cio.bnc.mail@irs.gov | May 07 2026 21:35:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520938360 | Email/Text: JCAP_BNC_Notices@jcap.com | May 07 2026 21:36:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 520942826 | Email/PDF: resurgentbknotifications@resurgent.com | May 07 2026 21:37:44 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520898446 | + Email/Text: JCAP_BNC_Notices@jcap.com | May 07 2026 21:36:00 | NORDSTROM, INC., Jefferson Capital Systems LLC Assignee, PO Box 7999, St. Cloud, MN 56302-7999 |
| 520878527 | + Email/Text: nsm_bk_notices@mrcooper.com | May 07 2026 21:35:00 | Nationstar/mr Cooper, 350 Highland, Houston, TX 77009-6623 |
| 520878529 | + Email/Text: bankruptcy@td.com | May 07 2026 21:36:00 | Nordstrom Signature Visa, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 520946574 | Email/Text: Bankruptcy.Notices@pnc.com | May 07 2026 21:34:00 | PNC Bank, National Association, PO BOX 94982, Cleveland, OH 44101 |
| 520878530 | Email/Text: Bankruptcy.Notices@pnc.com | May 07 2026 21:34:00 | PNC Financial/PNC Bank, Attn: Bankruptcy, 300fifth Ave, Pittsburgh, PA 15222 |
| 520948511 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 07 2026 21:37:30 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520969699 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 07 2026 21:37:56 | Portfolio Recovery Associates, LLC, c/o Barclays Bank Delaware, POB 41067, Norfolk VA 23541 |
| 520878528 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | May 07 2026 21:34:00 | New Jersey Division of Taxation, PO Box 283, Trenton, NJ 08695 |
| 520959968 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | May 07 2026 21:34:00 | STATE OF NEW JERSEY, DEPARTMENT OF THE TREASURY, DIVISION OF TAXATION, P.O. BOX 245, TRENTON, NJ 08695-0245 |
| 520878531 | + Email/Text: servicing@svcfin.com | May 07 2026 21:35:00 | Service Finance Company, Attn: Bankruptcy, 555 South Federal Highway, Boca Raton, FL 33432-6033 |
| 520949780 | Email/Text: bankruptcy@bbandt.com | May 07 2026 21:35:00 | Service Finance Company, a division of Truist Bank, PO Box 1847/100-50-01-51, Wilson, NC 27894-1847 |
| 520878532 | + Email/PDF: ais.sync.ebn@aisinfo.com | May 07 2026 21:37:53 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520878533 | + Email/PDF: ais.sync.ebn@aisinfo.com | May 07 2026 21:37:27 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520878534 | + Email/PDF: ais.sync.ebn@aisinfo.com | May 07 2026 21:37:53 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520878535 | + Email/PDF: ais.sync.ebn@aisinfo.com | May 07 2026 21:37:27 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 520894350 | + Email/PDF: ebn_ais@aisinfo.com | May 07 2026 21:37:31 | T Mobile/T-Mobile USA Inc, by AIS Infosource, |

District/off: 0312-1 | User: admin | Page 3 of 4
Date Rcvd: May 07, 2026 | Form ID: plncf13 | Total Noticed: 42

| | | | | |
|---|---|---|---|---|
| | | | | LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520947556 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 07 2026 21:35:00 | THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW, MORTGAGE SECURITIES TRUST 2006-AA1, C/O Nationstar Mortgage LLC, Attn: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9096 |
| 520907872 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | May 07 2026 21:36:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 520878536 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | May 07 2026 21:36:00 | Us Bk Cacs, Attn: Bankruptcy, Po Box 5229, Cincinnati, OH 45201-5229 |

TOTAL: 40

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520927548 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520927549 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520878511 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 520878514 | *+ | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 520878516 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520878521 | *+ | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 520878524 | *+ | Freedom Credit Union, Attn: Bankruptcy Dept, 626 Jacksonville Road, Suite 250, Warminster, PA 18974-4862 |
| 520949781 | * | Service Finance Company, a division of Truist Bank, PO Box 1847/100-50-01-51, Wilson, NC 27894-1847 |

TOTAL: 0 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2026 | Signature: | /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Lee Martin Perlman | on behalf of Debtor Angel M. Jamison ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com;law-offices-of-lee-m-perlman@pacer.glade.ai |
| Matthew K. Fissel | on behalf of Creditor THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Trustee for FIRST HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2006-AA1 bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-1                          User: admin                                    Page 4 of 4
Date Rcvd: May 07, 2026                       Form ID: plncf13                               Total Noticed: 42
TOTAL: 4